ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 AUG 22 PM 12:41
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| FELICIA LASHON GRANT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 105-001 |
| ) | (Formerly CR 103-064-3) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2255 motion is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of the Government.

SO ORDERED this 22nd day of August, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE